RECEIVED
IN ALEXANDRIA, LA
FEB 2 3 2010
TONY R. MOORE
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **ALPHA KANDE** | : | **DOCKET NO. 2:09-CV-00906** |
| **VS.** | : | **JUDGE TRIMBLE** |
| **ERIC H. HOLDER, JR.** | : | **MAGISTRATE JUDGE KAY** |

## JUDGMENT

There being no objection to the proposed findings of fact and conclusions of law in the Report and Recommendation of the Magistrate Judge previously filed herein these findings and conclusions are accepted. Alternatively, an independent review of the record has led this court to conclude that the findings and conclusions are entirely correct. Accordingly, it is

**ORDERED** that the Motion to Dismiss (doc. #15) is hereby **GRANTED.**

**IT IS FURTHER ORDERED** that the petition be **DISMISSED WITHOUT PREJUDICE.**

**THUS DONE AND SIGNED**, in Chambers, at Lake Charles, Louisiana, this 23rd day of February, 2010..

JAMES TRIMBLE
UNITED STATES DISTRICT JUDGE